1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Mulet,<br><br>                        Plaintiff,<br><br>v.<br><br>University of Phoenix Incorporated, et al.,<br><br>                        Defendants. | No. CV-14-00813-PHX-NVW<br><br>**ORDER** |

Pursuant to the Stipulation (Doc. 16) of the parties, and for good cause shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 25th day of July, 2014.

_____
Neil V. Wake
United States District Judge